IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00022-RJC-DSC

| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSEPH RANSOME | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the parties' "Joint Motion for Turnover of Funds and To Accept Early Payment of Monetary Penalties" (Doc. No. 18) filed April 26, 2021. The Court finds good cause to grant the requested relief.

IT IS, THEREFORE, ORDERED that NASA Federal Credit Union shall remit $27,432.00 from Account No. 3832 to the Clerk of Court, U.S. Federal Courthouse, 401 W. Trade Street, Charlotte, NC 28202, to be applied to the Defendant's restitution to be imposed in this matter.

IT IS FURTHER ORDERED that the Clerk of Court shall accept prepayment of the monetary penalties in this matter in any amount and deposit funds in the non-interest Treasury Registry Fund until entry of Judgment. Upon entry of the Judgment, the Clerk will transfer the funds from the Treasury Registry Fund to the Restitution Fund and distribute the funds in accordance with the terms of the Judgment without further order of this Court.

IT IS FURTHER ORDERED that the government shall serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

SO ORDERED.

Signed: May 3, 2021

Robert J. Conrad, Jr.
United States District Judge