IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00022-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| JOSEPH RANSOME ) | |

THIS MATTER IS BEFORE THE COURT on the parties' motion for turnover of funds being held by NASA Federal Credit Union to satisfy restitution. (Doc. No. 30). The Court finds good cause to grant the requested relief.

IT IS, THEREFORE, ORDERED that NASA Federal Credit Union shall remit $16,740.00 from Account No. 3832 to the Clerk of Court, U.S. Federal Courthouse, 401 W. Trade Street, Charlotte, NC 28202, to be applied to the Defendant's restitution imposed in this matter.

IT IS FURTHER ORDERED that the government shall serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

**SO ORDERED.**

Signed: January 27, 2022

Robert J. Conrad, Jr.
United States District Judge