UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cr-00022-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
|    vs. | ) | ORDER |
| | ) | |
| JOSEPH RANSOME | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se requesting an order to release frozen funds, (Doc. No. 37), and the government's response, (Doc. No. 38).

The Court imposed restitution in the amount of $44,172, (Doc. No. 33), which has been paid in full, (Doc. No. 37-1: Inmate Financial Responsibility Statement; Doc. No. 38: Response at 1). The defendant now seeks the release of funds frozen by NASA Federal Credit Union (NASA FCU). (Doc. No. 37 at 1). However, the government reports that NASA FCU has informed it that the funds are frozen for reasons unrelated to this criminal proceeding. (Doc. No. 38: Response at 1). Accordingly, the defendant has not shown that this Court has authority to order their release.

**IT IS, THEREFORE, ORDERED**, that the defendant's motion, (Doc. No. 37), is **DISMISSED**.

The Clerk is directed to certify copies of this order to the defendant and the United States Attorney.

Signed: January 25, 2023

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge